IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE AND VACATION FUNDS AND FINISHING TRADES INSTITUTE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE THOMAS PAINTING, LLC, et al., <br><br> Defendants. | Civil Action No. 13-4677 (JBS/KMW) <br><br> **ORDER FOR DEFAULT JUDGMENT** |

This matter comes before the Court on Plaintiffs' motion [Docket Item 7] for default judgment in the amount of $6,556.86. Plaintiffs' counsel submitted an affidavit [Docket Item 7-3] in support of the motion showing that Defendants failed to comply with the terms of a settlement agreement between the parties because, despite making several payments, they did not pay the remaining balance of $2,312.92. Interest on the unpaid funds is $132.41; liquidated damages at 20% of the delinquent contributions are $542.58; and attorneys' fees and costs are $3,568.95. The Complaint [Docket Item 1] was filed on August 5, 2013, and summonses were returned executed [Docket Items 4 & 5] on October 2, 2013. Defendants have not entered an appearance or filed an answer. The motion for default judgment was filed on December 11, 2013, and the motion day was January 6, 2013. The

Court will order the Clerk of Court to enter default judgment pursuant to Fed. R. Civ. P. 55(a) due to Defendants' failure to plead or otherwise defend, and the Court will enter a default judgment for Plaintiffs in the amount of $6,556.86.

It is on this **9th** day of **January**, **2014**, hereby

ORDERED that the Clerk of Court shall enter default against Defendants pursuant to Fed. R. Civ. P. 55(a); and it is further

ORDERED that default judgment shall be entered for Plaintiffs and against Defendants in the amount of $6,556.86 pursuant to Fed. R. Civ. P. 55(b)(2).


**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge